# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| WILLIE M. TURNER, ) | |
| ) | |
|     Plaintiff, ) | Civil Action No. 1:18-CV-01955-DCN |
| ) | |
| v. ) | Judge: Hon. Donald C. Nugent |
| ) | |
| CBC NATIONAL BANK, ) | Report of Parties' Planning Meeting |
| ) | Under Fed. R. Civ. P. 26(f) and L.R. |
|     Defendant. ) | 16.3(b) |
| ) | |

    1.    Pursuant to FED. R. CIV. P. 26(f) and LR 16.3(b), a meeting was held on October 3, 2018, and was attended by:

    **Marwan R. Daher counsel for plaintiff Willie Turner**

    **Keith S. Anderson counsel for defendant CBC National Bank**

    2.    The parties will exchange the pre-discovery disclosures required by FED. R. CIV. P. 26(a)(1) and the Court's prior order such disclosures by **October 31, 2018**.

    3.    The parties recommend the following track:

    \_\_\_ Expedited    **X** Standard    \_\_\_ Complex

    \_\_\_ Administrative    \_\_\_ Mass Tort

    4.    This case is suitable for one or more of the following Alternative Dispute Resolution (ADR) mechanisms:

    \_\_\_ Early Neutral Evaluation    **X Mediation**    \_\_\_ Arbitration

    \_\_\_ Summary Jury Trial    \_\_\_ Summary Bench Trial

    \_\_\_ Case not suitable for ADR

**The parties will advise the Court on ADR at the Status Conference.**

5. The parties do/ **do not** consent to the jurisdiction of the United States Magistrate Judge pursuant to 28 U.S.C. § 636(c).

6. Recommended Discovery Plan:

   (a) Describe the subjects on which discovery is to be sought and the nature and extent of discovery.

   - **The number of calls placed by CBC to Plaintiff's cell phone**
   - **Whether CBC used an automatic telephone dialing system (ATDS) to place the calls**
   - **Whether CBC used an artificial or prerecorded voice messages**
   - **Whether calls were placed to Plaintiff with Plaintiff's prior express written consent**
   - **Whether Plaintiff revoked his consent to receive calls from CBC by any reasonable means**
   - **The nature of discovery will be Plaintiff's call records, Defendant's business records, the testimony of the parties, and the testimony of third-party witnesses, if any.**

   (b) The parties (indicate one):

   _____ agree that there will be no discovery of electronically-stored information;

   or

   __X__ have agreed to a method for conducting discovery of electronically-stored information and will produce documents in PDF format; or

   \_\_\_\_\_ have agreed to follow the default standard for discovery of electronically-stored information (Appendix K to Northern District Ohio Local Rules)

   (c) Non-Expert Discovery cut-off date: __**April 30, 2019**__

   (d) Plaintiff's (or party with the burden of proof on an issue) expert report due date: **June 15, 2019.**

Defendant's (or party without the burden of proof on an issue) due date: **July 15, 2019**

Expert Discovery cut-off date: **September 15, 2019**

7. Recommended dispositive motion date: **October 15, 2019**

8. Recommended cut-off date for amending the pleadings and/or adding additional parties: **November 16, 2018**

9. Recommended date for a Status Hearing: **On or after May 15, 2019.**

10. Other matters for the attention of the Court:

**N/A**


Respectfully submitted this 16th day of October, 2018,

        s/Marwan R. Daher
        Marwan R. Daher
        SULAIMAN LAW GROUP, LTD.
        2500 South Highland Avenue, Suite 200
        Lombard, IL 60148
        Phone: (630) 537-1770
        Email: mdaher@sulaimanlaw.com
        *Attorney for Plaintiff*


        s/ Keith S. Anderson
        Keith S. Anderson
        Ohio Bar No. 0078537
        BRADLEY ARANT BOULT CUMMINGS LLP
        1819 Fifth Avenue North
        Birmingham, AL 35203
        Phone: 205-521-8714
        Fax: 205-488-6714
        Email: kanderson@bradley.com
        *Attorney for Defendant*