UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OHIO
CASE MANAGEMENT CONFERENCE
MINUTE SHEET

DCM FORM NO. 7
1/1/92

| | |
|---|---|
| CASE MANAGEMENT CONFERENCE HELD BEFORE __JUDGE DONALD C. NUGENT__ ON __October 22, 2018__ <br> JUDICIAL OFFICER | |
| Willie M. Turner, <br><br> Plaintiff(s), <br> v. <br><br> CBC National Bank <br> Defendant(s). | CASE NO. 1:18 CV 1955 <br><br> Length of Conference: <br><br> JUDGE: DONALD C. NUGENT |

DO YOU CONSENT TO THE JURISDICTION OF A MAGISTRATE JUDGE?    YES ☐    NO ☒

TRACK DESIGNATION:
Administrative ☐    Expedited ☐    Standard ☒    Complex ☐    Mass Torts ☐

CASE REFERRED TO ALTERNATIVE DISPUTE RESOLUTION:    YES ☐    NO ☒
IF YES, BY WHICH ADR PROCESSES:

Early Neutral Evaluation ☐    Mediation ☐    Arbitration ☐    Summary Jury Trial ☐    Summary Bench Trial ☐

ADR PROCESS TO BE COMPLETED BY: _____

DISCOVERY TYPE AND EXTENT: Documentary - phone records, etc.

DISCOVERY CUT OFF DATE: 3/31/19

MOTIONS CUT OFF DATE: TBD

CASE STATUS HEARING SCHEDULED FOR: 12/28/18 @ 9:00AM

NOTES: CMC held w/ all counsel participating. (P) says calls made to his phone that involved his ex-wife - (P) believes 200-500 unsolicited calls. Def disputes all claims

Length of Proceeding: 15 MIN

_Donald C. Nugent_ 10/22/18
DISTRICT JUDGE